# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 27, 2020

## CANCELLATION NOTICE

The telephonic status conference scheduled for Friday, February 28, 2020, at 10:15 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Grand Production D.O.O. Beograd, et al. v. World Streamedia, Inc. et al., 19-cv-499 (KMK) (LMS), has been *cancelled*.

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.